THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* BENNY L. BAGGETT, Defendant-Appellant.

(No. 60560; )

First District (2nd Division)—May 13, 1975.

PER CURIAM.

Paul Bradley and Lynn Sara Frackman, both of State Appellate Defender's Office, for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon and Donald M. Devlin, Assistant State's Attorneys, of counsel), for the People.